*49 Vroom.*        Blanchard v. Brotherhood of Carpenters.

At the close of the evidence the defendant moved a direction of a verdict for the defendant, upon the ground that the evidence did not show any negligence on his part, and that all the facts showed that the defendant used every precaution necessary and that was required of him by law.

The denial of this motion by the trial judge was error and the judgment below should be reversed.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, DILL, CONGDON, JJ.   15.

---

ELMER E. BLANCHARD, DEFENDANT IN ERROR, v. NEWARK JOINT DISTRICT COUNCIL OF UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA ET AL., PLAINTIFFS IN ERROR.

Submitted December 6, 1909—Decided June 20, 1910.

On error to the Supreme Court, whose opinion is reported in 48 *Vroom* 389.

For the plaintiffs in error, *Joseph A. Beecher.*

For the defendant in error, *Newton P. Kinsey.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons stated in the opinion delivered by Mr. Justice Bergen in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-
RISON, SWAYZE, TRENCHARD, PARKER, VOORHEES, BOGERT,
VREDENBURGH, VROOM, GRAY, DILL, CONGDON, JJ.   13.

*For reversal*—None.